**In Re: John T. PICKERING–GEORGE (Adopted) John R. Daley, Jr., Petitioner.**

**No. 10–4542.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
Dec. 16, 2010.

Opinion filed Jan. 6, 2011.

John R. Daley, Jr., Bronx, NY, pro se.

Before: RENDELL, FUENTES and SMITH, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

John Pickering–George has filed a petition for a writ of mandamus in which he complains about the "failure to docket" a civil action which he submitted to the District Court of the Virgin Islands. For the following reasons, we will deny the petition.

Pickering–George alleges that he submitted a petition to the District Court in July 2010, but that the "court clerk's office did not respond with a civil docket number nor the status of the case." Significantly, however, a search of the District Court's electronic docket indicates that Pickering–George's action was filed on July 16, 2010. *See Pickering–George v. Dowdye, et al.,*

No. 10–cv–00079. Therefore, to the extent Pickering–George seeks an order directing the District Court clerk to docket his petition, we will deny the mandamus petition as moot.

We recognize that, along with the complaint, Pickering George filed in the District Court an application to proceed without prepaying fees or costs. He submitted another such application in November 2010, along with requests for a docket number and a status report. Although the District Court has not addressed any of Pickering–George's filings, we are confident that it will take appropriate action in the case expeditiously.[1]

---

1. The Clerk of this Court is directed to furnish Pickering–George with a copy of the docket report in D.V.I. Civ. No. 10–cv–00079.